Rogelio and Basilio REYES *v.* STATE of Arkansas

CR 96-1385                                                      935 S.W.2d 570

Supreme Court of Arkansas
Opinion delivered January 21, 1997

*Thomas L. Travis*, for appellant.

No response.

PER CURIAM. Rogelio and Basilio Reyes, by their attorney, have filed a motion for a rule on the clerk.

Their attorney, Thomas L. Travis, admits in his motion that the record was tendered more than seven months beyond date of judgment due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion, which we will treat as a motion for belated appeal. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion for belated appeal is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.